**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOSHUA HARRIS, | ) |
| PLAINTIFF, | ) NO. 1:18-cv-01889-SEB-DLP |
| v. | ) |
| DOUGLAS CORRELL, and, | ) |
| THE CITY OF INDIANAPOLIS, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties, by counsel, pursuant to Federal Rule of Civil Procedure 41a, stipulate that the case be dismissed with prejudice, each party to bear their own costs.

WHEREFORE, the parties respectfully request that the court dismiss this case with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Richard A. Waples* | */s/ Anne C. Harrigan (w/ permission)* |
| Richard A. Waples | Anne C. Harrigan, (#23601-64) |
| Attorney for Plaintiff | Attorney for Defendants |
| **WAPLES & HANGER** | Chief Litigation Counsel |
| 410 N. Audubon Road | **OFFICE OF CORPORATION COUNSEL** |
| Indianapolis, Indiana 46219 | 200 East Washington Street, Suite 1601 |
| Telephone: (317) 357-0903 | Indianapolis, Indiana 46204 |
| Email: rwaples@wapleshanger.com | Telephone: (317) 327-4055 |
| | Email: anne.harrigan@indy.gov |