UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JOSHUA HARRIS,** | ) |
| **PLAINTIFF,** | ) |
| v. | ) |
| **DOUGLAS CORRELL, and,** | ) |
| **THE CITY OF INDIANAPOLIS,** | ) |
| **Defendants.** | ) Case No. 1:18-cv-01889-SEB-DLP |

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: __2/5/2020__
>
> *[signature]*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATION OF DISMISSAL

The parties, by counsel, pursuant to Federal Rule of Civil Procedure 41a, stipulate that the case be dismissed with prejudice, each party to bear their own costs.

WHEREFORE, the parties respectfully request that the court dismiss this case with prejudice.

Respectfully submitted,

*/s/ Richard A. Waples*
Richard A. Waples
Attorney for Plaintiff
**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
Telephone: (317) 357-0903
Email: rwaples@wapleshanger.com

*/s/ Anne C. Harrigan (w/ permission)*
Anne C. Harrigan, (#23601-64)
Attorney for Defendants
Chief Litigation Counsel
**OFFICE OF CORPORATION COUNSEL**
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: anne.harrigan@indy.gov